

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00144-CR

**MONICA JOY TAYLOR,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2008-1224 C2**

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss this appeal under Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal. Appellant personally signed the motion. The Clerk of this Court has sent a duplicate copy to the trial court clerk. *Id.* Accordingly, the appeal is dismissed.

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed April 7, 2010
Do not publish
[CR25]